**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride, Esq. (297557)
ryan@kazlg.com
Aryanna Young, Esq. (344361)
aryanna@kazlg.com
2221 Camino Del Rio S, Suite 101
San Diego, CA 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*
Warren Ingram

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN INGRAM**,**<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>STOCKEARNING, INC.,<br><br>　　　　Defendant. | **Case No.:** 5:24-cv-03201-VKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

///

///

///

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that pursuant to Rule 41(a)(1)(A)(i) Plaintiff Warren Ingram ("Plaintiff") hereby voluntarily dismisses all of Plaintiff's claims against Stockearning, Inc. ("Defendant") in the above action *without prejudice*. Defendant has not responded or otherwise filed an answer to the Complaint.

Dated: October 3, 2024                    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: */s/ Aryanna Young, Esq.*
      Aryanna Young, Esq.
      *Attorney for Plaintiff*